No. 93–8050. BARBER *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 93–8126. PIERCE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–8262. ANGELL *v.* UNITED STATES; and
No. 93–9125. ANGELL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–8426. HARPER *v.* INTERIOR BOARD OF LAND APPEALS. C. A. D. C. Cir. Certiorari denied.

No. 93–8427. JONES *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 4th Cir. Certiorari denied.

No. 93–8472. NHAN KIEM TRAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–8477. SCOTT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–8478. TURNER *v.* LUMADUE. C. A. D. C. Cir. Certiorari denied.

No. 93–8479. URREGO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–8490. GAYDOS *v.* NATIONAL FIRE INSURANCE CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–8503. ABREU *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–8506. PALMER *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 93–8515. MAYES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–8551. PARE ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–8557. COLON-OSORIO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.